1  MAYER, BROWN, ROWE & MAW LLP
   EDWARD D. JOHNSON (SBN 189475)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306-2112
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-4557
   wjohnson@mayerbrownrowe.com
5  sgupta@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   RICHARD J. FAVRETTO
7  1909 K Street, N.W.
   Washington, D.C. 20006
8  Telephone: (202) 263-3000
   Facsimile: (202) 263-3300
9  rfavretto@mayerbrownrowe.com

10 Attorneys for Defendant
   UNITED AIR LINES, INC.

11

12 Additional Counsel Appear on Signature Page

13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16                                          **CRB**
   BERNADETTE LOCKMANESE,       CASE NO. CV 06-04755-~~MMC~~
17 on behalf of herself and all others
   similarly situated,          **STIPULATION AND [~~PROPOSED~~]**
18                              **ORDER TO EXTEND TIME TO**
                 Plaintiff,     **RESPOND TO COMPLAINT**
19
          v.
20
   BRITISH AIRWAYS, PLC, VIRGIN
21 ATLANTIC AIRWAYS LTD., UNITED
   AIR LINES, INC., AMR CORP., and
22 AMERICAN AIRLINES, INC.,

23               Defendants.

24       Pursuant to Local Rule 6-1, Plaintiff Bernadette Lockmanese and Defendants

25 British Airways Plc, Virgin Atlantic Airways Ltd., United Air Lines, Inc., AMR

26 Corp. and American Airlines, Inc. respectfully request that this Court enter an order

27 extending the time in which Defendants must answer or otherwise respond to this

28

                              -1-

matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant.  Plaintiff Bernadette Lockmanese has consented to the requested extension.  In support of this stipulation, the parties state:

1.     The Complaint in this matter was filed on August 7, 2006.  It seeks relief under the Sherman Act and the Clayton Act against five defendants on behalf of a putative class.

2.     Nearly 91 similar actions have been filed in various jurisdictions around the country.

3.     There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue.  The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

4.     The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated:  August 15, 2006   THE FURTH FIRM, LLP


/s/_____
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 205073)
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
T:  (415) 433-2070
F:  (415) 982-2076

*Attorneys for Plaintiff Bernadette Lockmanese*

Dated:  August 15, 2006   MAYER, BROWN, ROWE & MAW LLP


/s/_____
Edward D. Johnson (SBN 189475)
Two Palo Alto Square, Suite. 300
3000 El Camino Real
Palo Alto, CA  94306
T:  (650) 331-2000
F:  (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006

*Attorneys for Defendant United Air Lines, Inc.*

-3-

Dated:  August 15, 2006          SULLIVAN & CROMWELL LLP

/s/

Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303
T:  (650) 461-5600
F:  (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
T:  (202) 956-7500
F:  (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated:  August 15, 2006          SIMPSON THACHER & BARTLETT LLP

/s/

Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
T:  (650) 251-5000
F:  (650) 251-5002

*Attorneys for Defendant Virgin Atlantic
Airways Limited*

-4-

Dated:  August 15, 2006          WEIL, GOTSHAL & MANGES LLP


/s/ _____
Gayle E. Rosenstein (SBN 237975)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
T:  (650) 802-3000
F:  (650) 802-3100

*Attorneys for Defendants AMR Corp., and
American Airlines, Inc.*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests
that the signatories' concurrences in the filing of this document have been obtained.*



PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:    September 21, 2006

_____
Honorable Maxine M.

IT IS SO ORDERED

Judge Charles R. Breyer